UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**OSCAR COLEMAN, III,**

    **Plaintiff,**

v.   Case No.  1:25-cv-268-TKW-MAF

**OFFICER PIERSON, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 24).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that the Court does not have the authority to order Plaintiff's transfer.  Accordingly, it is

**ORDERED** that:

    1.   The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.   Plaintiff's motion requesting a "protective order transfer" (Doc. 23) is DENIED.

    3.   This case is returned to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 5th day of January, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**