**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**OSCAR COLEMAN, III**,

**Plaintiff,**

**v.** **Case No. 1:25-cv-268-TKW-MAF**

**OFFICER PEIRSON, et al.,**

**Defendants**.
___________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 74). No objections were filed.

Upon due consideration of the Report and Recommendation, the Court agrees with the magistrate judge's determination that the failure-to-protect claims against Defendants Pierson and Stewart can proceed but that the other claims against those defendants should be dismissed. The Court also agrees with the magistrate judge's determination that the claims against Defendant Van Houten should be dismissed.

Accordingly, it is ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Defendants Pierson and Stewart's motion to dismiss (Doc. 62) is DENIED with respect to the Eighth Amendment failure-to-protect claims and

GRANTED with respect to the other claims. All claims against Defendants Pierson and Stewart other than the failure-to-protect claims are DISMISSED.

3. Defendant Van Houten's motion to dismiss (Doc. 63) is GRANTED, and all claims against him are DIMSISSED for failure to exhaust administrative remedies.

4. Defendants Pierson and Stewart have 14 days from the date of this Order to answer the remaining claims against them.

5. The Clerk shall terminate Defendant Van Houten as a party in CM/ECF.

6. This case is referred back to the magistrate judge for further pretrial proceedings.

**DONE and ORDERED** this 6th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**